UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS YATES, | ) | Case No. 06-CV-1458-BEN (JMA) |
| Plaintiff, | ) | **ORDER CONTINUING TELEPHONIC** |
| | ) | **CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| ALLIED INTERNATIONAL CREDIT CORP., et al., | ) | |
| Defendants. | ) | |

The telephonic Case Management conference previously scheduled to be held on August 3, 2007 at 9:30 a.m. is hereby VACATED.  Instead, a telephonic Case Management Conference will be held on **October 3, 2007** at **9:30 a.m.** before Magistrate Judge Jan M. Adler.  Counsel for each party shall participate in the conference.  The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED:  August 1, 2007

Jan M. Adler
U.S. Magistrate Judge

06cv1458